UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO. 12-40918-BKC-RAM
  CHAPTER 13

KAREN PERALTA,
 Debtor
_____/

**DEBTOR'S MOTION TO REOPEN CASE AND MOTION FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION PURSUANT TO SECTION 524(a)(2) AGAINST OCWEN LOAN SERVICING**

The Debtors, KAREN PERALTA, requests that this Honorable Court enter an Order Reopening case and an Order holding Bank of America, N.A., in contempt for violation of the Discharge Injunction pursuant to Section 524(a)(2), and states:

1. The Debtor filed a Chapter 13 bankruptcy on December 30, 2012 and the case was discharged on April 15, 2015. The case was closed on September 16, 2015.

2. One of the creditor's listed in the Debtor's schedule "F" is Ocwen Loan Servicing, LLC for account ending in 8071.

3. The Debtor is continuously receiving monthly statements and Escrow Account Disclosure Statements for the property located at 1865 Brickell Avenue, Apt A-803, which property has been surrendered, pre-petition.

4. On March 22, 2016 undersigned sent a letter informing the creditor, Ocwen Loan Servicing, LLC, that the property was surrendered, that the debt owed to them has been discharged in the Debtor's bankruptcy and to cease any further contact with the Debtor, pursuant to U.S. Bankruptcy Code, Section 524(a)(2). Attached to this Motion is a copy of the letter.

1

5. On or around May of 2016, the Debtor received in the mail, an April and May 2016 Escrow Account Disclosure Statements which are attached to this Motion.

6. The undersigned has been retained to file this Motion for Contempt for Violation of the Discharge Injunction Pursuant to Section 524(a)(2) and is entitled to attorney's fees for its prosecution.

WHEREFORE, the Debtor requests that this Honorable Court enter an Order holding Ocwen Loan Servicing, LLC, in contempt for its violation of the Discharge Injunction Pursuant to Section 524(a)(2), and the undersigned is seeking punitive damages as well as attorney fees and costs for the filing of this Motion and any other relief this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent via email to Nancy Neidich, Trustee, at e2c8f01@ch13herkert.com and all others set forth in the NEF, this 28th day of June 2016 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Ocwen Loan Servicing, LLC, Post Office Box 659826, San Antonio, TX 78265-9126, Ocwen Laon Servicing, 12650 Ingenuity Drive, Orlando, FL 32826 and Ocwen Loan Servicing, Attn: Ronald M. Faris, MGR, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409.

> Law Offices of Michael J. Brooks, Michael A Frank
> & Rodolfo H. De La Guardia, Jr.
> Attorneys for the Debtor
> Suite 620 • Union Planters Bank Building
> 10 Northwest LeJeune Road
> Miami, FL 33126
> Telephone (305) 443-4217
> Email- Pleadings@bkclawmiami.com
>
> By  /m/
>   Michael A. Frank
>   Florida Bar No. 339075