UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-40918-BKC-RAM
CHAPTER 13

IN RE:
KAREN E. PERALTA,
    Debtors.
_____/

### CERTIFICATE OF SERVICE OF DEBTOR'S MOTION FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION, IN ADDITION TO MOTION TO REOPEN CHAPTER 13 CASE AND NOTICE OF HEARING AND CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

**I HEREBY CERTIFY** that a true and correct copy of the above referenced Motion and Notice of Hearing thereon were served via electronic mail to those set forth in the NEF and was sent via U.S. Mail to Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Ocwen Loan Servicing, LLC, Post Office Box 659826, San Antonio, TX 78265-9126, Ocwen Laon Servicing, 12650 Ingenuity Drive, Orlando, FL 32826 and Ocwen Loan Servicing, Attn: Ronald M. Faris, MGR, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409 this 1st day of July of 2016.

**I FURTHER CERTIFY** that I have contacted opposing counsel in an attempt to resolve these issues without a hearing.

DATED: July 1, 2016

Attorney for the Debtor
10 NW LeJeune Rd., Suite 620
Miami, Florida 33126
Telephone : (305) 443-4217
Facsimile: (305) 443-3219
Email- Pleadings@bkclawmiami.com

    s/
Michael A. Frank
Florida Bar No. 339075