

**ORDERED in the Southern District of Florida on July 20, 2016.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-40918-BKC-RAM
CHAPTER 13

IN RE:
KAREN PERALTA,
    Debtor.
_____/

### ORDER GRANTING DEBTOR'S MOTION TO REOPEN CASE AND MOTION FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION PURSUANT TO SECTION 524(a)(2) AGAINST OCWEN LOAN SERVICING, LLC

THIS CAUSE having come on to be heard at 9:00 a.m., on July 12, 2016, on the Debtor's Motion to Reopen Case and Motion for Contempt for Violation of the Discharge Injunction pursuant to Section 524(a)(2) against Ocwen Loan Servicing, LLC [ECF 74] this Court noting the Motion and Notice of Hearing were timely and properly served, having heard argument of counsel, and based upon the record, it is,

**ORDERED**:

1.    The Debtor's Motion to Reopen Case is GRANTED.

2. The Debtor's Motion for contempt is GRANTED and Ocwen Loan Servicing, LLC, is found to be in wilful contempt of the discharge injunction.

3. Ocwen Loan Servicing, LLC, shall have no further communication with the Debtor, either telephonically, in writing or by any other correspondence.

4. Ocwen Loan Servicing, LLC, shall pay Michael J. Brooks the amount of $1,000.00, as attorney fees, within 14 days from the date of this Order.

5. This Court reserves jurisdiction to award fees, costs or other sanctions in the event any further contact is made with the Debtor.

# # #

**Submitted by:**
Michael J. Brooks
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

**Copies furnished to:**
Michael J. Brooks, Esquire
Nancy Neidich, Trustee
Ocwen Loan Servicing, LLC
Ocwen Loan Servicing, LLC, Attn: Ronald M. Faris, MGR

Attorney, Michael J. Brooks, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt thereof.