UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-40918-BKC-RAM
CHAPTER 13

IN RE:
KAREN PERALTA,
    Debtor.
_____/

### CERTIFICATE OF SERVICE OF ORDER GRANTING DEBTOR'S MOTION TO REOPEN CASE AND MOTION FOR VIOLATION OF THE DISCHARGE INJUNCTION PURSUANT SECTION 524(a)(2) AGAINST OCWEN LOAN SERVICING, LLC AND CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

**I HEREBY CERTIFY** that a true and correct copy of the above referenced Order thereon was served as follows via electronic mail to those set forth in the NEF to be served electronically and was sent by U.S. Mail to Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Ocwen Loan Servicing, LLC, Post Office Box 659826, San Antonio, TX 78265-9126, Ocwen Laon Servicing, 12650 Ingenuity Drive, Orlando, FL 32826 and Ocwen Loan Servicing, Attn: Ronald M. Faris, MGR, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409 this 28th day of July of 2016.

DATED:  July 28, 2016

THE BANKRUPTCY RESOURCE CENTER
Attorney for the Debtor
10 NW LeJeune Rd., Suite 620
Miami, Florida 33126
Telephone : (305) 443-4217
Facsimile: (305) 443-3219
Email- Pleadings@bkclawmiami.com

    s/_____
Michael A. Frank
Florida Bar No. 339075