UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-40918-BKC-RAM

CHAPTER 13

IN RE:

KAREN PERALTA,
     Debtor
                             /

**DEBTOR'S MOTION TO REOPEN CASE AND MOTION FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION PURSUANT TO SECTION 524(a)(2) AGAINST OCWEN LOAN SERVICING, LLC, AND FOR SANCTIONS AND PUNITIVE DAMAGES FOR THE REPEATED FAILURE TO OBEY THE DISCHARGE ORDER AND THIS COURTS ORDER ON DEBTOR'S MOTION FOR CONTEMPT**

The Debtor, KAREN PERALTA a/k/a KAREN GEISINGER, requests that this Honorable Court enter an Order Reopening case and an Order holding Ocwen Loan Servicing, LLC, in contempt for it's repeated violation of the Discharge Injunction pursuant to Section 524(a)(2), and for sanctions and punitive damages for the repeated failure to obey the Discharge Order and this Court's Order on Debtor's Motion for Contempt for Violation of the Discharge Injunction, dated July 21, 2016 [ECF 77] and states:

    1.    The Debtor filed a Chapter 13 bankruptcy on December 30, 2012 and the case was discharged on April 15, 2015. The case was closed on October 25, 2016.

    2.    One of the creditor's listed in the Debtor's schedule "F" is Ocwen Loan Servicing, LLC for account ending in 8071.

    3.    On June 28, 2016, the Debtor filed a Motion to Reopen Case and Motion for Contempt for Violation of the Discharge Injunction pursuant to §524(a)(2) against Ocwen Loan Servicing, LLC, [ECF 74] as the Debtor was continuously receiving monthly

1

statements for the property located at 1865 Brickell Avenue, Apt A803, Miami, FL 33129-1634, account ending in 8071, that included interest, late charges, other charges and fees and past due amounts.

4. On July 20, 2016, this Court entered an Order Granting the Debtor's Motion and finding Ocwen Loan Servcing, LLC, to be in wilful contempt of the Discharge injunction. Ocwen Loan Servcing, LLC, was ordered to have no further commination with the Debtor, either telephonically, in writing or by any other correspondence. Further Michael J. Brooks was awarded the amount of $1,000.00, as attorney fees and the Court reserved jurisdiction to award fees, costs or other sanctions in the event any further contact is made with the Debtor, [ECF 77].

5. On or around June 1, 2017, the Debtor received a letter dated May 24, 2017, stating "foreclosure has been initiated-but the account may still qualify to avoid foreclosure is quick action is undertaken". Attached to this Motion is a copy of the letter.

6. The undersigned has been retained to file this Motion for Contempt for Ocwen Loan Servicing's repeated Violation of the Discharge Injunction Pursuant to Section 524(a)(2) and is entitled to attorney's fees for it's prosecution. Further the Debtor is entitled to punitive damages and sanctions for Ocwen Loan Servicing's repeated failure to obey the discharge order.

WHEREFORE, the Debtor requests that this Honorable Court enter an Order holding Ocwen Loan Servicing, LLC, in contempt for it's repeated violation of the Discharge Injunction Pursuant to Section 524(a)(2), and the undersigned is seeking punitive damages

as well as attorney fees and costs for the filing of this Motion and any other relief this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent via email to Nancy Neidich, Trustee, at e2c8f01@ch13herkert.com and all others set forth in the NEF, this 21st day of June 2017 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Ocwen Loan Servicing, LLC, Post Office Box 659826, San Antonio, TX 78265-9126, Ocwen Laon Servicing, 12650 Ingenuity Drive, Orlando, FL 32826 and Ocwen Loan Servicing, Attn: Ronald M. Faris, MGR, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409.

                            Law Offices of Michael J. Brooks, Michael A Frank
                                  & Rodolfo H. De La Guardia, Jr.
                                  Attorneys for the Debtor
                                  Suite 620 • Union Planters Bank Building
                                  10 Northwest LeJeune Road
                                  Miami, FL 33126
                                  Telephone (305) 443-4217
                                  Email- Pleadings@bkclawmiami.com


                              By    /m/
                                  Michael A. Frank
                                  Florida Bar No. 339075